Carrie Harris, as Administratrix, etc., of Walter Harris, Deceased, Appellant, v. Lehigh Valley Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred, except Williams and Kruse, JJ., who dissented.

B. T. De Witt Miles, Respondent, v. Casualty Company of America, Appellant.— Judgment and order affirmed, with costs. All concurred.

Mary G. Northrup, as Executrix, etc., of Jay Northrup, Deceased, Respondent, v. Mary Wheeler, Appellant.—Judgment affirmed, with costs. All concurred, except McLennan, P. J., who dissented, upon the ground that there is no evidence of consideration for the giving of the note in suit.

Mary Masterson, Respondent, v. Crosstown Street Railway Company of Buffalo and International Railway Company, Appellants.—,Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented, upon the ground that the evidence fails to establish actionable negligence on the part of the defendants and plaintiff's freedom from contributory negligence. Spring, J., not sitting.

Peter Manko, Appellant, v. Girard Fire and Marine Insurance Company, Respondent.— Judgment affirmed, with costs. All concurred, except Spring, J., who dissented.

Anna Arnold, an Infant, by Stephen E. Giersch, Her Guardian ad Litem, Respondent, v. National Starch Company, Appellant.—Judgment and order affirmed, with costs. All concurred.

Ada Andrews, Respondent, v. Charles A. Andrews, Appellant.— Judgment and order affirmed, with costs. All concurred.

John L. Brown, Appellant, v. National Fire Insurance Company, Respondent. — Judgment affirmed, with costs. All concurred.

Albert Krippendorf, Respondent, v. J. Howard Mark, Appellant.— Judgment and order affirmed, with costs. All concurred.

Perry M. Armstrong, Respondent, v. Quayle & Son, Appellant.— Judgment and order affirmed, with costs. All concurred.

Anson D. Parcell, an Infant and Poor Person, by Charles D. Parcell, His Guardian ad Litem, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant, Impleaded with The New York, Ontario and Western Railway Company, Respondent.— Judgment against New York Central and Hudson River Railroad Company and order denying motion for new trial affirmed, with costs. Judgment of nonsuit affirmed, with costs to the respondent New York, Ontario and Western Railway Company against the appellant New York Central and Hudson River Railroad Company. All concurred, except Williams, J., who dissented from the affirmance of the judgment and order against the New York Central and Hudson River Railroad Company on the ground of contributory negligence.

John W. Gibbs, Respondent, v. Catherine E. Leslie, Appellant.— Judgment affirmed, with costs. All concurred.